28435. ADAIR *v.* THE TRACO DIVISION.

STEPHENS, P. J. 1. "Jurisdiction of a suit by an employee to recover unpaid minimum wages and overtime compensation, and an additional equal amount as 'liquidated damages,' and attorney's fees, under the fair-labor standards act of 1938 (29 U. S. C. A. § 216), is not vested exclusively in the courts of the United States, but may be heard and determined in any State court of competent jurisdiction." *Adair* v. *The Traco Division,* 192 *Ga.* 59 (14 S. E. 2d, 466)—answer by Supreme Court to certified questions in this case.

2. The petition set out a cause of action.

3. The court erred in sustaining the demurrer and dismissing the action.

*Judgment reversed. Sutton and Felton, JJ., concur.*

DECIDED JUNE 11, 1941.

*G. Eugene Ivey, Irvin S. Nathan,* for plaintiff.

*Hirsch, Smith & Kilpatrick, Julian E. Gorlatowsky,* for defendant.

*George A. McNulty, Irving J. Levy, George A. Downing, Richard E. Cotton, James H. Shelton, Gerard D. Reilly,* as amici curiæ.